IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MATTHEW WILLIAMS                                      PLAINTIFF

V.                           CASE NO. 5:17-CV-5062

P.A.M. TRANSPORT, INC.                           DEFENDANT

### ORDER OF DISMISSAL

Now pending before the Court is Plaintiff Matthew Williams's Unopposed Motion for Voluntary Dismissal without Prejudice (Doc. 24). The original Complaint included both individual claims and collective and class action claims. The collective and class action claims were dismissed on June 22, 2017. See Doc. 20. In the instant Motion, Mr. Williams requests that his individual claims be dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1), and Defendant P.A.M. Transport, Inc., does not oppose his request.

Accordingly, **IT IS ORDERED** that Plaintiff's Unopposed Motion for Voluntary Dismissal without Prejudice (Doc. 24) is **GRANTED**, and his individual claims are **DISMISSED WITHOUT PREJUDICE**. As no other claims are pending, the case will be **CLOSED**.

IT IS SO ORDERED on this 23rd day of January, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE